UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:19-cv-00212-FDW

| | |
|---|---|
| BARBARA HARPER )<br>o/b/o Gilbert Lee Harper, )<br> )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>ANDREW SAUL, )<br>Commissioner of Social Security, )<br> )<br>    Defendant. )<br>_____ ) | ORDER |

THIS MATTER is before the Court on the "Motion for Leave to Appear Pro Hac Vice as to David F. Chermol" (Doc. No. 3) filed July 25, 2019. For the reasons set forth therein, the Motion will be <u>granted</u>

<u>All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.</u>

IT IS SO ORDERED.

Signed: August 29, 2019

Frank D. Whitney
Chief United States District Judge