UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:19-cv-00212-FDW

| | |
|---|---|
| BARBARA HARPER, <br> o/b/o Gilbert Lee Harper <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) ORDER <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

THIS MATTER is before the Court on the Consent Motion to Remand, submitted by Defendant Commissioner (Doc. No. 14). Also before the Court is Plaintiff's Motion for Summary Judgment (Doc. No. 13).

Upon review of the Consent Motion to Remand (Doc. No. 14), Plaintiff's consent to that motion, and the entire record in this case, and pursuant to 42 U.S.C. § 405(g), IT IS ORDERED that the Consent Motion (Doc. No. 14) is GRANTED, the final decision of the Commissioner is REVERSED, and the matter is hereby REMANDED to the Commissioner for further administrative proceedings.

Because the Plaintiff has consented to the motion to remand the case, Plaintiff's Motion for Summary Judgment (Doc. No. 13) is DENIED AS MOOT.

IT IS SO ORDERED.

Signed: January 22, 2020

Frank D. Whitney
Chief United States District Judge