IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| BARBARA HARPER, )<br>o/b/o Gilbert Lee Harper, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW SAUL, )<br>Commissioner of Social Security )<br>)<br>Defendant. ) | Civ. No. 1:19-cv-00212-FDW |

## ORDER

Upon stipulation of the parties, it is hereby ordered that Defendant will pay Plaintiff $6,300.00 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Chermol & Fishman, LLC, and mailed to 11450 Bustleton Avenue, Philadelphia, PA 19116, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

Signed: April 27, 2020

_____
Frank D. Whitney
Chief United States District Judge